171 A.3d 1264

IN RE APPEAL OF THE APPLICATION FOR NJ FIREARMS PURCHASER ID CARD, ET AL. (MARK SCOTT-PETITIONER)

C–207 Sept.Term 2017
079584

October 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000845–16 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.